FLORENCE L. CONOVER, Appellant, v. JAMES H. CONOVER, Respondent,—

Order denying motion for alimony and counsel fee affirmed, without costs. The separation action should be promptly tried and the issues determined upon such trial. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.